IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON A. GASTON,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                        Case No. 15-cv-731-bbc

LIZZIE TEGELS,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner Brandon A. Gaston's petition for a writ of corpus is denied because it is untimely under 28 U.S.C. § 2244(d) and dismissing this case.

    /s/                                                                5/17/2016

Peter Oppeneer, Clerk of Court                        Date