IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 JUN 13 AM 11:43
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

BRANDON A. GASTON,

    Petitioner,

vs.                       Case No. 15-cv-731-bbc

LIZZIE TEGELS,

    Respondent.

---

## NOTICE OF APPEAL

    I, Brandon A. Gaston, the petitioner in this case, hereby give notice that I appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on May 17, 2016.

    As grounds, the May 17, 2016 District Court Order states I've not shown that I've been pursuing my appeal rights diligently and that some extraordinary circumstance stood in my way. Id. at p.4. As stated in my March 28, 2016 letter brief to the District Court clerk, "I wrote Attorney at least monthly requesting my case file and status of his efforts from Dec. 2013 to May 2014 and again from Nov. 2014 to Nov. 2015 but never received responses." Id. at p.1. My monthly letters requesting my file reasonably show diligence on my part. And counsel's non-response to my monthly requests reasonably demonstrate an extraordinary barrier standing in my way.

    For these reasons, I respectfully appeal the May 17, 2016 Judgment to the Seventh Circuit Court of Appeals.

    Dated this 9th day of June, 2016.

                                         Respectfully submitted,

                                         *Brandon A. Gaston*

                                         Brandon A. Gaston
                                         Petitioner, Pro se

Branden A. Gaston #430372
Jackson Correctional Institution
P.O. Box 233
Black River Falls, Wisconsin 54615

ST PAUL MN 551

10 JUN 2016 PM 6 L

FOREVER USA

Office Of The Clerk
United States District Court
120 North Henry Street, Room 320
Madison, Wisconsin 53703

5370312559