IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON A. GASTON,

    Petitioner,

v.

LIZZIE TEGELS,

    Respondent.

ORDER

15-cv-731-bbc
App. No. 16-2435

---

On May 17, 2016, the court dismissed the habeas petition filed by petitioner Brandon A. Gaston pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order. To date, however, plaintiff has not paid the $505 appellate docketing fee or requested leave to proceed *in forma pauperis*. For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by July 7, 2016, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than July 7, 2016, petitioner Brandon A. Gaston shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately December 9, 2015 through at least June 9, 2016. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 14th day of June, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

1